145 A.3d 1136

**Ex rel. BEVERLY BRYANT FOREIGN ESTATE Inter Vivos Non Resident Alien Foreign Neutral In Propria Persona Sui Juris In Vivus, Petitioner**

v.

**BANK OF NEW YORK MELLON, Respondent.**

**No. 114 EM 2016.**

Supreme Court of Pennsylvania.

Sept. 1, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of September, 2016, the "Original Matters Jurisdiction Petition" and the "Leave to File Motion Order Grant Extraordinary Relief King's Bench" are **DE-NIED.**

145 A.3d 1136

**Ex rel. BEVERLY BRYANT FOREIGN ESTATE Inter Vivos Non Resident Alien Foreign Neutral in Propria Persona Sui Juris in Vivus, Petitioner**

v.

**BANK OF NEW YORK MELLON, Respondent.**

**No. 138 EM 2016.**

Supreme Court of Pennsylvania.

Sept. 1, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of September, 2016, the "Original Matters Jurisdiction Petition" is **DENIED.**